## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Glenn O. Hawbaker, Inc.      :
     :
     v.     :     No. 44 C.D. 2019
     :
Zoning Hearing Board of Sugarloaf      :
Township      :
     :
     v.     :
     :
William J. Watt, II and Beverly J.      :
Watt, h/w, Patrick Clasen, Thomas      :
Buliano and Mary Buliano, h/w,      :
Alexander Sloot and Jennifer Sloot,      :
h/w, Jeffrey Butala and Susan      :
Butala, h/w      :
     :
Appeal of: Glenn O. Hawbaker, Inc.      :

## PER CURIAM     O R D E R

NOW, September 11, 2020, having considered Appellant's application for reargument and Appellees' answers in response thereto, the application is denied.